IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 09-29-LRR |
| vs. | ) | |
| JEFFREY LYNN NETSER, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 19, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on July 6, 2009, in which defendant consented to the forfeiture of any interest he had or has in the firearms alleged to be subject to forfeiture under the Forfeiture Allegation of the May 6, 2009, Indictment;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning August 21, 2009, and continuing through September 19, 2009, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearms and ammunition included in the Preliminary Order of Forfeiture entered on August 19, 2009.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Jeffrey Lynn Netser who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

   a. **a Remington Arms Model 788 bolt .222 rifle, with Tasco scope, serial number A6184177;**

   b. **a Mossberg Revelation Model R310CC 20 gauge pump shotgun, serial number H684283;**

   c. **a New England Firearms Pardner, SB1 single shot .410 shotgun, serial number NC208027; and**

   d. **11 rounds of assorted caliber ammunition**

seized from defendant on or about February 12, 2009, in North English, Iowa.

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms and ammunition identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward one certified copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

**DATED** this 24 day of October, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA